# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
### CAMDEN OFFICE



MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

**WILLIAM T. WALSH**

CLERK

February 8, 2008

**FILED**

FEB 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 08-36 JSW

Richard W. Wieking, Clerk
United States District Court
Phillip Burton United States Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, Ca. 94102-3489

re: U.S.A. vs. ROBERT MACKENZIE
    Criminal 03-711-01-JEI

Dear Clerk:

In compliance with the order accepting jurisdiction in the above-entitled case, enclosed are certified copies of the docket, indictment, judgment, amended judgment and probation transfer order.

Please acknowledge receipt on the enclosed copy of this letter and return in the enclosed envelope.

Very truly yours,

WILLIAM T. WALSH,
Clerk of the Court

by: Luz E. Castro
Deputy Clerk

cc: Probation
    file

## Transfer Documents

1:03-cr-00711-JEI USA v. MACKENZIE **CASE CLOSED** on 06/13/2005
CLOSED, PRIOR

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 2/8/2008 at 9:25 AM EST and filed on 2/8/2008
**Case Name:**      USA v. MACKENZIE
**Case Number:**    1:03-cr-711
**Filer:**
**Document Number:** 42

**Docket Text:**
**Supervised Release Jurisdiction Transferred to Northern District of California as to ROBERT MACKENZIE Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # (1) Cover letter, # (2) Transmittal letter)(lc)**

**1:03-cr-711-1 Notice has been electronically mailed to:**

JACQUELINE CARLE     jacqueline.carle@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

LISA EVANS LEWIS     lisa_lewis@fd.org, nj_ecf@fd.org

**1:03-cr-711-1 Notice will not be electronically mailed to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/8/2008] [FileNumber=2497405-0]
[57259c1970fb8dea9cab1b5380644a7d0780c5440fdbf7c59ecb587d0d54b4ab1281
0ea26de3f65433faa25f7aa22a834235c00dd8202b8db414a13c12e1c65a]]
**Document description:** Cover letter
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/8/2008] [FileNumber=2497405-1]

jmc/2001R01687

#12

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 03- 711 - JEI |
| v. | : 18 U.S.C. §§ 2252A(a)(5)(B) and 2 |
| ROBERT MACKENZIE | : |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

On or about November 19, 2001, at Voorhees, in Camden County, in the District of New Jersey, and elsewhere, the defendant

ROBERT MACKENZIE

did knowingly and wilfully possess a Kehtron Tower CPU personal computer with a hard drive and removable media containing more than three graphic images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), each of which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

A TRUE BILL

_____
FOREPERSON

_Christopher J. Christie_
CHRISTOPHER J. CHRISTIE
United States Attorney

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____ Deputy Clerk

FILED
OCT 7 2003
AT 8:30
WILLIAM T. WALSH
CLERK

CASE NUMBER: _____

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

ROBERT MACKENZIE

**INDICTMENT FOR**

18 U.S.C. §§ 2252A(a)(5)(B) and 2

*A True Bill,*

*[signature]*
Foreperson

CHRISTOPHER J. CHRISTIE
U.S. ATTORNEY
NEWARK, NEW JERSEY

AO 245 B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

ROBERT MACKENZIE

Defendant.

Case Number   03-711-01

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ROBERT MACKENZIE, was represented by Richard Coughlin, FPD.

The defendant pled guilty to Count One of the Superseding Indictment on 1/12/05. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 18 U.S.C. 2252A(a)(5)(B) | Possession of Child Pornography | 11/19/01 | One |

As pronounced on June 13, 2005, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for Count One, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 13th day of June, 2005.

JOSEPH E. IRENAS
Senior United States District Judge

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____ Deputy Clerk

AO 245 B (Rev. 12/03) Sheet 2 - Imprisonment

Judgment – Page 2 of 5

Defendant: ROBERT MACKENZIE
Case Number: 03-711-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 27 Months.

The Court makes the following recommendations to the Bureau of Prisons: that defendant be designated to F.C.I. Loretto and/or an institution which provides psychiatric treatment and can protect a vulnerable defendant.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on August 1, 2005.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 B (Rev. 12/03) Sheet 3 - Supervised Release

Judgment – Page 3 of 5

Defendant: ROBERT MACKENZIE
Case Number: 03-711-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page).

The defendant shall submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and shall comply with the following special conditions:

The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

The defendant shall follow the directions of the U.S. Probation Office regarding any contact with children of either sex, under the age of 18. The defendant shall not obtain employment or perform volunteer work which includes, as part of its job/work description, contact with minor children. The defendant shall not maintain, within his or her residence or within any outside establishment within his/her control or custody, a collection of films, slides, pictures, tapes, videotapes or other form of pictorial representation whose subject matter involves minor children of either sex and can be deemed to be pornographic. The probation officer shall have the right of reasonable search of the defendant, his/her residence, or any other establishment within the defendant's custody or control, and shall, if necessary, request the assistance of other law enforcement personnel to enforce the provisions of this special condition.

The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall submit to an initial inspection by the probation office, and to any unannounced examinations during supervision, of the defendant's computer equipment. The defendant shall allow the installation on the defendant's computer of any hardware or software systems which monitor computer use. The defendant shall abide by the standard conditions of computer monitoring that have been adopted by this court.

AO 245 B (Rev. 12/03) Sheet 5 - Fine

Defendant: ROBERT MACKENZIE  
Case Number: 03-711-01

Judgment – Page 5 of 5

## FINE

The defendant shall pay a fine of $3,000.00.

This fine, plus any interest pursuant to 18 U.S.C. § 3612(f)(1), is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program. In the event the fine is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $150, to commence 30 days after release from confinement. However, the monthly amount may be changed by the Court upon recommendation of the United States Probation.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245 B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

ROBERT MACKENZIE

Defendant.

Case Number   03-711-01

## AMENDED JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ROBERT MACKENZIE, was represented by Richard Coughlin, FPD.

The defendant pled guilty to Count One of the Superseding Indictment on 1/12/05. Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 18 U.S.C. 2252A(a)(5)(B) | Possession of Child Pornography | 11/19/01 | One |

As pronounced on June 10, 2005, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for Count One, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 18th day of July, 2005.

JOSEPH E. IRENAS
Senior United States District Judge

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____ Deputy Clerk

AO 245 B (Rev. 12/03) Sheet 2 - Imprisonment

Judgment – Page 2 of 5

Defendant:    ROBERT MACKENZIE
Case Number:  03-711-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 27 Months.

The Court makes the following recommendations to the Bureau of Prisons: that defendant be designated to F.C.I. Loretto and/or an institution which provides psychiatric treatment and can protect a vulnerable defendant.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on August 1, 2005.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

   Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

                                         _____
                                         United States Marshal

                                         By _____
                                              Deputy Marshal

Case 3:08-cr-00036-JSW   Document 2   Filed 02/11/2008   Page 11 of 20
Case 1:03-cr-00711-JEI   Document 39   Filed 07/18/2005   Page 3 of 5

AO 245 B (Rev. 12/03) Sheet 3 - Supervised Release

Judgment – Page 3 of 5

Defendant: ROBERT MACKENZIE
Case Number: 03-711-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page).

The defendant shall submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and shall comply with the following special conditions:

The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

The defendant shall follow the directions of the U.S. Probation Office regarding any contact with children of either sex, under the age of 18. The defendant shall not obtain employment or perform volunteer work which includes, as part of its job/work description, contact with minor children. The defendant shall not maintain, within his or her residence or within any outside establishment within his/her control or custody, a collection of films, slides, pictures, tapes, videotapes or other form of pictorial representation whose subject matter involves minor children of either sex and can be deemed to be pornographic. The probation officer shall have the right of reasonable search of the defendant, his/her residence, or any other establishment within the defendant's custody or control, and shall, if necessary, request the assistance of other law enforcement personnel to enforce the provisions of this special condition.

The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall submit to an initial inspection by the probation office, and to any unannounced examinations during supervision, of the defendant's computer equipment. The defendant shall allow the installation on the defendant's computer of any hardware or software systems which monitor computer use. The defendant shall abide by the standard conditions of computer monitoring that have been adopted by this court.

AO 245 B (Rev. 12/03) Sheet 3a - Supervised Release

Judgment – Page 4 of 5

Defendant: ROBERT MACKENZIE
Case Number: 03-711-01

## STANDARD CONDITIONS OF SUPERVISED RELEASE

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____
Defendant                                    Date

_____
U.S. Probation Officer/Designated Witness     Date

AO 245 B (Rev. 12/03) Sheet 5 - Fine

Judgment – Page 5 of 5

Defendant: ROBERT MACKENZIE
Case Number: 03-711-01

**FINE**

The defendant shall pay a fine of $3,000.00.

This fine, plus any interest pursuant to 18 U.S.C. § 3612(f)(1), is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program. In the event the fine is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $150, to commence 30 days after release from confinement. However, the monthly amount may be changed by the Court upon recommendation of the United States Probation.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED, PRIOR

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00711-JEI-1
### Internal Use Only

Case title: USA v. MACKENZIE

Date Filed: 10/07/2003
Date Terminated: 06/13/2005

Assigned to: Judge Joseph E. Irenas

**Defendant (1)**
**ROBERT MACKENZIE**
*TERMINATED: 06/13/2005*

represented by **LISA EVANS LEWIS**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
800 - 840 COOPER STREET
SUITE 350
CAMDEN, NJ 08053
(856) 757-5341
Email: lisa_lewis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:2252(a)(5)(B) and 2 ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(1s)

**Disposition**

27 months imprisonment, 3 years supervised release, Fine $3,000.00, S.A.$100.00

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____ Deputy Clerk

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2252A(a)(5)(B) and 2 ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING

**Disposition**

superseded

CHILD.PORNO
(1)

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18 USC 2252A(a)(5)(B) and 2; transportation of Child Pornography in interstate commerce by means of couputer [ 1:03-m -2027 ] | |

## Plaintiff

| USA | represented by | JACQUELINE CARLE<br>OFFICE OF THE US ATTORNEY<br>401 MARKET STREET<br>4TH FLOOR<br>CAMDEN, NJ 08101<br>(856) 968-4867<br>Email: jacqueline.carle@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2003 | 1 | SEALED COMPLAINT as to ROBERT MACKENZIE [ 1:03-m -2027 ] (dt) (Entered: 01/31/2003) |
| 01/30/2003 | 2 | ORDER as to ROBERT MACKENZIE, sealing the complaint an all other documents filed in this matter until the arrest warrant is executed or until further order of the Court ( Signed by Mag. Judge Joel B. Rosen ) [ 1:03-m -2027 ] (dt) (Entered: 01/31/2003) |
| 01/30/2003 | | ARREST WARRANT issued as to ROBERT MACKENZIE [ 1:03-m -2027 ] (dt) (Entered: 01/31/2003) |
| 01/30/2003 | | (Court only) **Added Government Attorney RONALD CHILLEMI as to ROBERT MACKENZIE [ 1:03-m -2027 ] (dt) (Entered: 01/31/2003) |
| 02/21/2003 | | ARREST of ROBERT MACKENZIE [ 1:03-m -2027 ] (lc) (Entered: 10/08/2003) |
| 02/26/2003 | | (Court only) **Location LR as to ROBERT MACKENZIE [ 1:03-m -2027 ] (lc) (Entered: 10/08/2003) |

| | | |
|---|---|---|
| 02/28/2003 | 3 | ORDER as to ROBERT MACKENZIE, to unseal complaint and all related documents. ( Signed by Mag. Judge Joel B. Rosen ) [ 1:03-m -2027 ] (BM) (Entered: 02/28/2003) |
| 02/28/2003 | | Complaint unsealed as to ROBERT MACKENZIE [ 1:03-m -2027 ] (th) (Entered: 10/08/2003) |
| 03/03/2003 | 4 | Minutes of 3/3/03 before Mag. Judge Joel B. Rosen as to ROBERT MACKENZIE, Initial Appearance held. (Defendant informed of rights, charges and penalties. Hearing on application by Defendant to appoint counsel. Ordered application granted. Ordered Lisa Evans, AFPD appointed for Defendant. Order Entered. Hearing on Joint application to continue bail previously set on February 26, 2003 by thge Hon. Ellen Bree Burns, USMJ in the District of Connecticut. Ordered application granted with modified conditions. Order to be entered. Preliminary Hearing set for Marsh 21, 2003 at 10am.) (Court Reporter/ESR: Tape #1017) [ 1:03-m -2027 ] (BM) (Entered: 03/03/2003) |
| 03/03/2003 | 5 | ORDER as to ROBERT MACKENZIE, Appointing Federal Public Defender ( Signed by Mag. Judge Joel B. Rosen ) [ 1:03-m -2027 ] (BM) (Entered: 03/03/2003) |
| 03/03/2003 | 6 | ORDER Setting Conditions of Release as to ROBERT MACKENZIE Bail to continue as previously set by the Hon. Ellen Bree Burns, USMJ in the Dist. of Connecticut on February 26, 2003 ( Signed by Mag. Judge Joel B. Rosen ) [ 1:03-m -2027 ] (BM) (Entered: 03/03/2003) |
| 03/03/2003 | 7 | ORDER as to ROBERT MACKENZIE, to Continue in Interests of Justice Time Excluded from 3/3/03 to 5/5/03 ( Signed by Mag. Judge Joel B. Rosen ) [ 1:03-m -2027 ] (BM) (Entered: 03/04/2003) |
| 03/03/2003 | | (Court only) **Procedural Interval start P1 as to ROBERT MACKENZIE (1) count(s) cmp [ 1:03-m -2027 ] (lc) (Entered: 10/08/2003) |
| 03/03/2003 | | (Court only) **Added for ROBERT MACKENZIE Attorney LISA C. EVANS (lc) (Entered: 10/08/2003) |
| 03/10/2003 | 8 | Rule 40 Proceedings as to ROBERT MACKENZIE received from DISTRICT OF CONNECTICUT [ 1:03-m -2027 ] (BM) (Entered: 03/10/2003) |
| 05/05/2003 | 9 | ORDER as to ROBERT MACKENZIE, to Continue in Interests of Justice Time Excluded from 5/5/03 to 7/7/03 ( Signed by Mag. Judge Joel B. Rosen ) [ 1:03-m -2027 ] (BM) (Entered: 05/05/2003) |
| 07/21/2003 | 10 | ORDER as to ROBERT MACKENZIE, to Continue in Interests of Justice Time Excluded from 7/7/03 to 8/29/03 ( Signed by Mag. Judge Joel B. Rosen ) [ 1:03-m -2027 ] (BM) (Entered: 07/21/2003) |
| 09/02/2003 | 11 | ORDER as to ROBERT MACKENZIE, to Continue in Interests of Justice Time Excluded from 9/2/03 to 10/2/03 ( Signed by Mag. Judge Joel B. Rosen ) [ 1:03-m -2027 ] (BM) (Entered: 09/03/2003) |

| | | |
|---|---|---|
| 10/07/2003 | 12 | INDICTMENT as to ROBERT MACKENZIE (1) count(s) 1 (lc) (Entered: 10/08/2003) |
| 10/07/2003 | | (Court only) **Added Government Attorney JACQUELINE CARLE as to ROBERT MACKENZIE (lc) (Entered: 10/08/2003) |
| 10/08/2003 | 13 | NOTICE OF ALLOCATION AND ASSIGNMENT CAMDEN ( before Judge Joseph E. Irenas ) n.m. (lc) (Entered: 10/08/2003) |
| 10/09/2003 | 14 | NOTICE OF ALLOCATION AND ASSIGNMENT Setting Arraignment for 3:30 10/20/03 in Courtroom #1 CAMDEN before Judge Joseph E. Irenas, n.m. (lc) (Entered: 10/09/2003) |
| 10/20/2003 | 15 | Minutes of 10/20/03 before Judge Joseph E. Irenas as to ROBERT MACKENZIE, Arraignment Held. Defendant(s) pleads NOT GUILTY Motion Filing set for 11/17/03 for ROBERT MACKENZIE ; Trial with jury set for 12/15/03 for ROBERT MACKENZIE ; Responses to Motions due 12.1.03 Motion Return Date 12.5.03 Ordered bail continued as previously set. (Court Reporter/ESR: FRANK GABLE) (lc) (Entered: 10/21/2003) |
| 10/20/2003 | 16 | Order for Discovery and Inspection. ( signed by Judge Joseph E. Irenas ) (lc) (Entered: 10/21/2003) |
| 11/21/2003 | 17 | ORDER as to ROBERT MACKENZIE, to Continue in Interests of Justice Time Excluded from 11.20.03 to 1.20.04 Defendant's Pretrial Motions shall be due on or before 1.20.04. The government's opposition shall be filed by 2.3.04. And the date for oral argument on the Motions and the Trial will be set by the Court at a later time. ( Signed by Judge Joseph E. Irenas ) n.m. (lc) (Entered: 11/26/2003) |
| 01/13/2004 | 18 | SUPERSEDING INDICTMENT as to ROBERT MACKENZIE (1) count(s) 1s. (lc, ) (Entered: 01/14/2004) |
| 01/21/2004 | 19 | LETTER REQUEST as to ROBERT MACKENZIE seeking additional time to file Pre-Trial motions. (lc, ) (Entered: 01/27/2004) |
| 01/22/2004 | 20 | Minute Entry for proceedings held before Judge Joseph E. Irenas :Arraignment as to ROBERT MACKENZIE (1) Count 1s held on 1/22/2004, Plea entered by ROBERT MACKENZIE Not Guilty on counts 1s. Ordered all motions to be filed by 2/20/04; Ordered all responses due by 3/5/04; Ordered all motions returnable 3/19/04. Ordered Trial set for 3/22/2004 09:30 AM in Camden - Courtroom 3D before Judge Joseph E. Irenas. (Court Reporter Frank Gable.) (lc, ) (Entered: 01/27/2004) |
| 01/22/2004 | 21 | ORDER for Discovery and Inspection as to ROBERT MACKENZIE . Signed by Judge Joseph E. Irenas on 1/22/04. (lc, ) (Entered: 01/27/2004) |
| 02/17/2004 | | Set Hearings as to ROBERT MACKENZIE : Jury Trial set for 3/22/2004 09:00 AM in Camden - Courtroom 1 before Judge Joseph E. Irenas. (dsh) (Entered: 02/17/2004) |
| 02/23/2004 | 22 | MOTION to Suppress *and other PreTrial Motions* by ROBERT MACKENZIE. (Attachments: # 1 Exhibit PreTrial Motion |

| | | |
|---|---|---|
| | | Exhibits)(EVANS, LISA) (Entered: 02/23/2004) |
| 02/23/2004 | | DEFENDANTS'S EXHIBITS as to ROBERT MACKENZIE : re: Notice of Pre-trial motionsARE IN THE CLERK'S FILE - TO VOLUMINOUS TO BE FILED ELECTRONICALLY. (lc, ) (Entered: 02/25/2004) |
| 02/23/2004 | | Set Returnable Date as to ROBERT MACKENZIE 22 MOTION to Suppress and other PreTrial Motions for 3/19/2004 before Judge Joseph E. Irenas. (th) (Entered: 02/26/2004) |
| 02/26/2004 | | Minute Entry for proceedings held before Judge Joseph E. Irenas :In Chambers Conference as to ROBERT MACKENZIE held on 2/26/2004. Government's Brief due 3/8/04; Reply Brif due 3/12/04; Oral Argument Set for 3/15/04 at 10:00 a.m.; Hearing if necessary 3/24-25/04; Trial Set for 6/21/04. (1.5) (dsh) (Entered: 03/01/2004) |
| 03/01/2004 | | Set Deadlines re as to ROBERT MACKENZIE 22 MOTION to Suppress *and other PreTrial Motions*. Responses due by 3/8/2004; Replies due by 3/12/2004. Motion Hearing set for 3/15/2004 10:00 AM in Camden - Courtroom 3D before Judge Joseph E. Irenas. (dsh) (Entered: 03/01/2004) |
| 03/01/2004 | | Set Hearings as to ROBERT MACKENZIE: Jury Trial set for 6/21/2004 09:00 AM in Camden - Courtroom 3D before Judge Joseph E. Irenas. (dsh) (Entered: 03/01/2004) |
| 03/08/2004 | 23 | RESPONSE to Motion by USA as to ROBERT MACKENZIE re 22 MOTION to Suppress *and other PreTrial Motions* (Attachments: # 1 Exhibit Application and Affidavit for Search Warrant# 2 Exhibit Dr. Robert L. Johnson expert report and curriculum vitae# 3 Exhibit Dr. Arlan Rosenbloom's letters and responses regarding the Tanner Scale in Pediatrics magazine# 4 Exhibit Richard W. Vorder Bruegge, Ph.D. expert report and curriculum vitae)(CARLE, JACQUELINE) (Entered: 03/08/2004) |
| 03/15/2004 | 24 | Minute Entry for proceedings held before Judge Joseph E. Irenas :Motion Hearing as to ROBERT MACKENZIE held on 3/15/2004 re 22 MOTION to Suppress *and other PreTrial Motions* filed by ROBERT MACKENZIE. ORDERED defendant's motion DENIED IN PART and GRANTED IN PART. Order to be entered. (Court Reporter FRANK GABLE.) (lc, ) (Entered: 03/17/2004) |
| 03/15/2004 | 25 | ORDER granting in part and denying in part 22 Motion to Suppress as to ROBERT MACKENZIE (1). Signed by Judge Joseph E. Irenas on 3/15/04. (lc, ) (Entered: 03/18/2004) |
| 04/29/2004 | 26 | CONSENT ORDER MODIFYING CONDITIONS OF RELEASE, ALLOWING DEFT. TO TRAVEL FROM HIS HOME IN CONNETICUT TO FLORIDA FOR VACATION FROM 5/3/04 THRU 5/11/04.. Signed by Judge Joel B. Rosen on 4/29/04. (lc, ) (Entered: 04/30/2004) |
| 05/10/2004 | 27 | ORDER GRANTING DEFENDANT, ROBERT MACKENZIE'S PRETRIAL DISCOVERY MOTION. Signed by Judge Joseph E. Irenas on 5/10/04. (lc, ) (Entered: 05/12/2004) |

| 05/19/2004 | 28 | ORDER TO CONTINUE - Ends of Justice as to ROBERT MACKENZIE Time excluded from 5/17/04 until 6/21/04. . Signed by Judge Joseph E. Irenas on 5/19/04. (th, ) (Entered: 05/19/2004) |
|---|---|---|
| 06/21/2004 | 29 | ORDER TO CONTINUE - Ends of Justice as to ROBERT MACKENZIE Time excluded from 6/21/04 until 1/3/05. Ordered that defense expert has an additional 45 days to review the hard drives and floppy disks, etc. Signed by Judge Joseph E. Irenas on 6/21/04. (th, ) (Entered: 06/22/2004) |
| 08/24/2004 | 30 | ORDER TO EXTEND TIME FOR DEFENSE EXPERT TO REVIEW DISCOVERY UNTIL 9.24.04 as to ROBERT MACKENZIE Signed by Judge Joseph E. Irenas on 8/24/04. (lc, ) (Entered: 08/25/2004) |
| 08/25/2004 | 31 | CONSENT ORDER to modify conditions of release as to ROBERT MACKENZIE Re: Allowing deft. to travel from his home in Connecticut to California for vacation from 8/25/04 thru September 5, 2004. Signed by Judge Joseph E. Irenas on 8/24/04. (lc, ) (Entered: 08/25/2004) |
| 09/28/2004 | 32 | ORDER TO EXTEND TIME FOR DEFENSE EXPERT TO REVIEW DISCOVERY as to ROBERT MACKENZIE . Signed by Judge Joseph E. Irenas on 9/28/04. (lc, ) (Entered: 09/30/2004) |
| 01/03/2005 | 33 | ORDER TO CONTINUE - Ends of Justice as to ROBERT MACKENZIE Time excluded from 1/3/05 until 2/1/05. . Signed by Judge Joseph H. Rodriguez on 1/3/05. (th, ) (Entered: 01/06/2005) |
| 01/12/2005 | 34 | Minute Entry for proceedings held before Judge Joseph E. Irenas :Change of Plea Hearing as to ROBERT MACKENZIE held on 1/12/2005, Plea entered by ROBERT MACKENZIE (1) Guilty Count 1s. Ordered plea accepted. Sentencing set for 4/29/2005 10:30 AM before Judge Joseph E. Irenas. Ordered Bail continued as previously set.(Court Reporter FRANK GABLE.) (Entered: 01/14/2005) |
| 01/12/2005 | 35 | APPLICATION for permission to enter Plea of guilty (lc, ) (Entered: 01/14/2005) |
| 01/12/2005 | 36 | PLEA AGREEMENT as to ROBERT MACKENZIE (lc, ) (Entered: 01/14/2005) |
| 06/10/2005 | 37 | Minute Entry for proceedings held before Judge Joseph E. Irenas :Sentencing held on 6/10/2005 for ROBERT MACKENZIE (1), Count(s) 1s, 27 months imprisonment, 3 years supervised release, Fine $3,000.00, S.A.$100.00. Ordered deft to self report to institution by 7/25/05 as directed by the BOP.(Court Reporter Frank Gable.) (th, ) (Entered: 06/14/2005) |
| 06/13/2005 | 38 | JUDGMENT as to ROBERT MACKENZIE (1), Count(s) 1s, 27 months imprisonment, 3 years supervised release, Fine $3,000.00, S.A.$100.00 . Signed by Judge Joseph E. Irenas on 6/13/05. (th, ) (Entered: 06/14/2005) |
| 06/13/2005 | | (Court only) ***Case Terminated as to ROBERT MACKENZIE, ***Terminated defendant ROBERT MACKENZIE, pending deadlines, and motions. (lc, ) (Entered: 07/01/2005) |

| | | |
|---|---|---|
| 07/18/2005 | 39 | AMENDED JUDGMENT as to ROBERT MACKENZIE (1). (Incorrect sentence date as 6/13/05 - Corrected to reflect 6/10/05) . Signed by Judge Joseph E. Irenas on 7/18/05. (lc, ) (Entered: 07/20/2005) |
| 07/27/2005 | 40 | Letter (Attachments: # 1 # 2)(COUGHLIN, RICHARD) (Entered: 07/27/2005) |
| 07/28/2005 | 41 | ORDER as to ROBERT MACKENZIE re: CONTINUING the date the defendant is scheduled to report to the institution designated by the Bureau of Prisons from August 1, 2005 to August 29, 2005. Signed by Judge Joseph E. Irenas on 7/28/05. (lc, ) (Entered: 08/01/2005) |
| 02/08/2008 | 42 | Supervised Release Jurisdiction Transferred to Northern District of California as to ROBERT MACKENZIE Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Cover letter, # 2 Transmittal letter)(lc) (Entered: 02/08/2008) |